UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HAROLD E. MCCOY, ) | |
| ) | |
|     Plaintiff ) | |
| ) | CAUSE NO. 3:05-CV-260 RM |
|     vs. ) | |
| ) | |
| GEORGE W. BUSH, II, *et al.*, ) | |
| ) | |
|     Defendants ) | |

## OPINION AND ORDER

Harold E. McCoy, a *pro se* prisoner, joined a group of prisoners in filing a civil rights complaint. Pursuant to FED. R. CIV. P. 20 and 21, joinder was denied and this separate case was opened.

Mr. McCoy has repeatedly abused the judicial process and he has been restricted from filing civil lawsuits. The Seventh Circuit has ordered that,

> clerks of all courts within this circuit will return, unfiled, any papers he tenders in civil litigation.

McCoy v. Miller, No. 00-1647 (7th Cir. Mar. 27, 2000). Had Mr. McCoy filed this complaint separately, it would have been returned to him unfiled. It is only because he signed a multi-plaintiff complaint that it was accepted. Nevertheless, if Mr. McCoy attempts to file any other papers in this case, they will be returned to him unfiled.

Pursuant to the order of the Seventh Circuit, this case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

ENTERED: May  9 , 2005

   /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court